# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Cr. No. 09-CR-10090 |
| SHAUN SULLIVAN, | )<br>)<br>) |
| Defendant. | )<br>) |

## POSITION OF PARTIES WITH RESPECT TO THE
## PRESENTENCE REPORT (USA)

**COMES NOW**, the United States of America, by and through Lawrence J. Laurenzi, United States Attorney for the Western District of Tennessee, and pursuant to Local Cr. Rule 32.1(d), United States District Court, Western District of Tennessee, files this pleading to advise the Court that the United States of America has no objection to the presentence report filed in this cause.

Respectfully submitted,

LAWRENCE J. LAURENZI
United States Attorney

s/ R. Leigh Grinalds
R. LEIGH GRINALDS (BPR # 09178)
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
leigh.grinalds@usdoj.gov

## CERTIFICATE OF SERVICE

I, R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing has been sent via electronic filing to:

W. Joshua Morrow
Assistant Federal Defender
109 South Highland Avenue
Suite 105
Jackson, TN 38301

this the 14th day of July, 2010.

    s/ R. Leigh Grinalds
    R. LEIGH GRINALDS (BPR # 09178)
    Assistant United States Attorney
    109 South Highland, Suite 300
    Jackson, Tennessee 38301
    (731) 422-6220
    leigh.grinalds@usdoj.gov